IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

In re:                                              *

MATCHBOX FOOD GROUP, LLC            Case No. 20-17250
                                                    *        Chapter 11
              Debtor.
                                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *
In re:
                                                    *

MATCHBOX ROCKVILLE, LLC              Case No. 20-17247
                                                    *        Chapter 11
              Debtor.
                                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *
In re:
                                                    *

MATCHBOX CAPITOL HILL, LLC          Case No. 20-17252
                                                    *        Chapter 11
              Debtor.
                                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *
In re:
                                                    *

GENE POOLE, LLC                          Case No. 20-17266
                                                    *        Chapter 11
              Debtor.
                                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *
In re:
                                                    *

FIRST MB STAR, LLC                       Case No. 20-17254
                                                    *        Chapter 11
              Debtor.
                                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *

In re:                                              *

CARIBOU HUNTER, LLC                    Case No. 20-17255
                                                    *    Chapter 11
        Debtor.
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

In re:                                              *

BUTTERMILK, LLC                          Case No. 20-17257
                                                    *    Chapter 11
        Debtor.
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

In re:                                              *

BLUE EAGLE, LLC                          Case No. 20-17262
                                                    *    Chapter 11
        Debtor.
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

In re:                                              *

MATCHBOX 14th STREET, LLC            Case No. 20-17263
                                                    *    Chapter 11
        Debtor.
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

In re:                                              *

HAMMER AND A COCKTAIL, LLC          Case No. 20-17260
                                                    *    Chapter 11
        Debtor.
                                                    *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**DEBTORS' MOTION FOR ORDER AUTHORIZING JOINT
ADMINISTRATION PURSUANT TO FEDERAL RULE
<u>OF BANKRUPTCY PROCEDURE 1015</u>**

2

Matchbox Restaurant Group, LLC,  Matchbox Rockville, LLC, Matchbox Capitol Hill, LLC, Gene Pool, LLC, Fist MB Star, LLC Caribou Hunter, LLC, Buttermilk, LLC, Blue Eagle, LLC, Matchbox 14th Street, LLC and Hammer and a Cocktail, LLC (collectively, the "Debtors"), by counsel, respectfully represent:

1.     On August 3, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors intend to continue in possession of their respective properties and the management of their respective business as Debtors' in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.     The Debtors are in the business of operating restaurants in the Washington, D.C. Metropolitan area, Florida and Texas.

3.     The Debtors are affiliates of one another with Matchbox Restaurant Group, LLC (a District of Columbia LLC) maintaining a controlling interest in Matchbox Rockville, LLC (a Delaware LLC), Matchbox Capitol Hill, LLC (a District of Columbia LLC), Gene Pool, LLC (a Virginia LLC), Fist MB Star, LLC (a Texas, LLC), Caribou Hunter, LLC (a Virginia LLC), Buttermilk, LLC (a Florida LLC), Blue Eagle, LLC (a Virginia LLC), Matchbox 14th Street, LLC (a District of Columbia, LLC) and Hammer and a Cocktail, LLC (a Virginia, LLC) each of which runs a restaurant utilizing the name of "Matchbox" in differing locations (collectively the "Matchbox Restaurants")

4.     The income generated by the Matchbox Restaurants is collected and deposited into the account(s) of Matchbox Food Group, LLC and it, in turn, pays the expenses of the Matchbox Restaurants.

**RELIEF REQUESTED**

5.      By this Motion, the Debtors seek the entry of an order of Court, pursuant to Bankruptcy Rule 1015, consolidating the Debtor's Chapter 11 cases for procedural purposes only.

6.      Bankruptcy Rule 1015 authorizes the Court to order the joint administration of two or more cases pending before it under the Bankruptcy Code involving affiliated Debtors. The Debtors believe that it would be far more practical and expedient for the administration of these ten (10) related Chapter 11 cases if the Court were to authorize their joint administration. The Debtors envision that many of the motions, hearings and other matters involved in these Chapter 11 cases will affect all of the Debtors. Consequently, joint administration will reduce costs and facilitate a more efficient administrative process, unencumbered by the procedural problems otherwise attendant to the administration of ten (10) separate, albeit related, Chapter 11 cases.

7.      Moreover, no prejudice will befall any party by virtue of the relief requested in this motion inasmuch as the relief sought herein is solely procedural and is not intended to affect substantive rights.

8.      No trustee, examiner or creditors' committee has been appointed in these Chapter 11 case. Notice of this motion have been given to the United States Trustee for the District of Maryland, Greenbelt Division. The Debtors submit that, under the circumstances no other or further notice is required.

9.      This motion presents no novel issues of law.

10.     No prior motion for the relief requested herein has been made to this or any other Court.

## CONCLUSION

**WHEREFORE,** the Debtors respectfully request that the Court enter an order, substantially in the form as submitted herewith, granting this motion as such other and further relief as the Court deems just and proper.

Respectfully submitted,

MCNAMEE, HOSEA, JERNIGAN, KIM GREENAN & LYNCH, P.A.

**/s/ Janet M. Nesse**
Janet M. Nesse (Fed. Bar No. 07804)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
Telephone:  (301) 441-2420
Facsimile: (301) 982-9450
jnesse@mhlawyers.com

*Proposed Attorneys for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **3rd day of August, 2020**, a copy of the foregoing Motion for Order Authorizing Joint Administration and proposed Order were served via electronically and via first class mail upon:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Janet M. Nesse
Janet M. Nesse

5